UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MAGERS,<br><br>            Plaintiff,<br><br>     v.<br><br>SUZANNE M. JONES and DOES 1-25,<br><br>            Defendants. | No. 2:14-cv-01184-GEB-EFB<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

   The Status Report filed July 21, 2014, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 4, 2014, is continued to October 27, 2014, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

   Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Suzanne M. Jones with process within the 120 day period prescribed in that Rule may result in the action being dismissed. To avoid dismissal, on or before September 15, 2014, Plaintiff shall file proof of service for the defendant or a sufficient explanation why service was not completed within Rule 4(m)'s

1

prescribed service period.

      IT IS SO ORDERED.

Dated: July 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge