UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MAGERS,<br><br>         Plaintiff,<br><br>    v.<br><br>SUZANNE M. JONES,<br><br>         Defendant. | No. 2:14-cv-01184-GEB-EFB<br><br>**ORDER** |

The summary judgment motion filed on May 29, 2015, (ECF No. 19), is stricken since it is noticed for hearing after the last hearing date for a motion prescribed in the Status (Pretrial Scheduling) Order.

Dated:   June 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge