UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MAGERS,<br><br>        Plaintiff,<br><br>  v.<br><br>SUZANNE M. JONES,<br><br>        Defendant. | No. 2:14-cv-01184-GEB-EFB<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR ORDER MODIFYING FINAL PRETRIAL ORDER** |

      On December 28, 2015, Defendant Suzanne M. Jones filed an *ex parte* application, under Federal Rule of Civil Procedure ("Rule") 16(e) and Local Rules 144 and 240, in which she seeks an order modifying the Final Pretrial Order (ECF No. 26), "to allow Defendant to file a [Rule] 12(c) motion for judgment on the pleadings". (Def.'s Ex Parte Appl. for Order Modifying Final Pretrial Order 1:20-22, ECF No. 36.) However, since the movant has not shown she is authorized seek ex parte relief and to disregard the noticed motion procedure for handling a law and motion matter, Defendant's *ex parte* application is DENIED.

Dated:  January 6, 2016

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge