UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MAGERS,<br><br>        Plaintiff,<br><br>  v.<br><br>SUZANNE M. JONES,<br><br>        Defendant. | No. 2:14-cv-01184-GEB-EFB<br><br>**ORDER VACATING TRIAL DATE** |

Defendant filed a motion on January 8, 2016, (ECF No. 42), in which she argues this court lacks diversity subject matter jurisdiction over this lawsuit because of sworn averments Plaintiff made in a bankruptcy proceeding, which belie Plaintiff's allegation that the amount in controversy in this case exceeds $75,000.00. In light of the nature of this jurisdictional challenge, the trial scheduled to commence on March 8, 2016, is vacated and will be rescheduled should the court decide it has subject matter jurisdiction over this action.

Dated: January 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge