UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MAGERS,<br><br>            Plaintiff,<br><br>     v.<br><br>SUZANNE M. JONES,<br><br>            Defendant. | No. 2:14-cv-01184-GEB-EFB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant's motion filed on January 8, 2016, for judgment on the pleadings under Federal Rule of Civil Procedure ("Rule") 12(c), is denied since Defendant has not shown that the judicial equitable estoppel issue that Defendant asserts in her motion should be decided under Rule 12(c). Therefore, the hearing on the motion scheduled on February 8, 2016 is vacated.

Dated:   February 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1